IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILL CLARK LOVE, et al.**                                                             **PLAINTIFFS**

V.                                                          NO. 4:22-CV-104-DMB-JMV

**JOHN HANCOCK LIFE INSURANCE**
**COMPANY, et al.**                                                       **DEFENDANTS**

## **ORDER**

On September 6, 2022, the parties filed a joint motion to dismiss asking the Court to "enter a Judgment of Dismissal with Prejudice with the parties to bear their own costs." Doc. #10. As cause, the parties represent they "recently reached a settlement in this case." *Id.* at 1.

Based on the parties' resolution of this case, the joint motion to dismiss [10] is **GRANTED**. This case is **DISMISSED with prejudice** with each party to bear its own costs.

**SO ORDERED**, this 12th day of September, 2022.

                                                                     /s/Debra M. Brown
                                                                     **UNITED STATES DISTRICT JUDGE**