IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILL CLARK LOVE, et al.**     **PLAINTIFFS**

**V.**     **NO. 4:22-CV-104-DMB-JMV**

**JOHN HANCOCK LIFE INSURANCE
COMPANY, et al.**     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED with prejudice** with each party to bear its own costs.

**SO ORDERED**, this 12th day of September, 2022.

                                              /s/Debra M. Brown
                                              **UNITED STATES DISTRICT JUDGE**